

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

**ERIC S. STROBER**
PARTNER
(516) 357-3434
eric.strober@rivkin.com

July 12, 2023

**VIA ECF**

Hon. James R. Cho, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, New York 11201

    Re:  Rodriguez v. Smooth Synergy Cosmedical Spa, Inc.
           22-CV-06869-DG-JRC
           RR File No.: 4032-1042

Dear Honorable James Cho:

    This office represents Defendant Smooth Synergy Cosmedical Spa, Inc ("Defendant") in the above-mentioned lawsuit. We write on behalf of both Plaintiff Daniel Rodriguez ("Plaintiff") and the Defendant to jointly request for judicial approval of the Consent Decree enclosed herewith.

    The Complaint filed by Plaintiff in the present action alleges that Defendant's website is a place of public accommodation which is not accessible to visually disabled persons in violation of the Americans with Disabilities Act and the New York City Human Rights Law. Defendant has reached an early settlement with Plaintiff, individually, in order to avoid the cost and inconvenience of litigation and to address the alleged issues raised by this action in a mutually acceptable fashion. As such, the Parties jointly request that the Court so-order the Consent Decree, which has been fashioned in furtherance of a reasonable resolution of the Plaintiff's claims.

    The Consent Decree "(1) springs from and serves to resolve a dispute within the court's subject-matter jurisdiction; (2) comes within the general scope of the case made by the pleadings, and (3) furthers the objectives of the law upon which the complaint was based." *Kozlowski v. Coughlin*, 871 F.2d 241, 244 (2d Cir. 1989) (internal bracketing omitted) (citing *Local Number 93, Int'l Ass'n of Firefighters v. City of*

66 South Pearl Street, 11th Floor    25 Main Street    1301 Riverplace Boulevard    2649 South Road    926 RXR Plaza
Albany, NY 12207-1533    Court Plaza North, Suite 501    Jacksonville, FL 32207-9047    Poughkeepsie, NY 12601-6843    Uniondale, NY 11556-0926
T 518.462.3000 F 518.462.4199    Hackensack, NJ 07601-7082    T 904.792.8925 F 904.467.3461    T 845.473.8100 F 845.473.8777    T 516.357.3000 F 516.357.3333
                                     T 201.287.2460 F 201.489.0495

RIVKIN RADLER  LLP

July 12, 2023
Page 2

*Cleveland*, 478 U.S. 501, 525 (1986); *accord, Crosson v. Popsockets LLC*, No. 19-cv-200 (CBA)(LB), 2019 WL 6134416, at *2 (E.D.N.Y. Oct. 8, 2019), *adopted by* 2019 WL 6134153 (Nov. 19, 2019); *Riverkeeper, Inc. v. MLV Concrete Inc.,* No. 14-cv-3762 (LDH)(PK), 2017 WL 3172897, at *2 (E.D.N.Y. June 26, 2017), *adopted by* 2017 WL 3172859 (July 25, 2017); *see also, Figueroa v. Arhaus, LLC*, No. 18 Civ. 10491 (GWG) (S.D.N.Y. Feb. 20, 2019) (DE 16) (applying the above standard in a similar ADA action to approve a consent decree in an action between private parties).  Additionally, the Consent Decree is designed to serve as a shield for Defendant against claims by other potential plaintiffs who may come forward to assert similar claims based on the putative access violations that are presently being addressed and resolved pursuant to the terms of the Consent Decree.

We respectfully request that Your Honor approve the enclosed Consent Decree for all of the reasons identified above.  Thank you for your attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

Eric S. Strober

7585335.v1